UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
VERA P. CAINES,
                                      :
                 Plaintiff,
                                      :   **REPORT & RECOMMENDATION**
        -against-
                                      :   **06 Civ. 3399 (PAC)(MHD)**
ADDICTION RESEARCH AND TREATMENT
CO.,                                  :
                 Defendant.           :
----------------------------------X

TO THE HONORABLE PAUL A. CROTTY, U.S.D.J.:

        Some time ago defendant moved for summary judgment in this pro

se Title VII case. Since then the parties have engaged in

settlement negotiations, culminating today in their signing a

confidential agreement in court settling the case on specified

terms, with the effective date of the settlement to be seven days

from today.[1] Based on their agreement to resolve the case, we

recommend that the defendant's summary-judgment motion be denied as

moot.

        Pursuant to Rule 72 of the Federal Rules of Civil Procedure,

the parties shall have ten (10) days from this date to file written

objections to this Report and Recommendation. Such objections shall

be filed with the Clerk of the Court and served on all adversaries,

---

[1] Under its terms the plaintiff has seven days in which to
revoke her consent.

1

with extra copies to be delivered to the chambers of the Honorable Paul A. Crotty, Room 735, and to the chambers of the undersigned, Room 1670, 500 Pearl Street, New York, New York 10007. Failure to file timely objections may constitute a waiver of those objections both in the District Court and on later appeal to the United States Court of Appeals. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); Thomas v. Arn, 470 U.S. 140, 150-52 (1985); DeLeon v. Strack, 234 F.3d 84, 86 (2d Cir. 2000) (citing Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989)).

Dated: **New York, New York**
       **March 25, 2009**


**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been mailed this date to:

Ms. Vera P. Caines
59 Sutter Avenue, #1C
Brooklyn, NY 11242

LeRoy J. Watkins, Jr., Esq.
Jackson Lewis LLP
59 Maiden Lane, 39th Floor
New York, NY 10038