UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VERA P. CAINES,
                Plaintiff,

    -against-

ADDICTION RESEARCH AND TREATMENT CO.,

                Defendant.
------------------------------------x

REPORT & RECOMMENDATION

06 Civ. 3399 (PAC) (MHD)

*[Handwritten endorsement:]* The Court accepts the recommendation of the Magistrate and dismisses the Motion for Summary Judgment as Moot. The Court will await the submission of the parties' agreement to resolve this matter. The Clerk of the Court is directed to close the motion for summary judgment as moot.  /s/ Paul Crotty

*[Stamp:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 26 MAR 2009

*[Margin:]* MEMO ENDORSED

TO THE HONORABLE PAUL A. CROTTY, U.S.D.J.:

Some time ago defendant moved for summary judgment in this pro se Title VII case. Since then the parties have engaged in settlement negotiations, culminating today in their signing a confidential agreement in court settling the case on specified terms, with the effective date of the settlement to be seven days from today.[1] Based on their agreement to resolve the case, we recommend that the defendant's summary-judgment motion be denied as moot.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court and served on all adversaries,

---

[1] Under its terms the plaintiff has seven days in which to revoke her consent.

1

## 06 Civ 3399 (PAC) (MHD)
## Caines –v- Addiction Research and Treatment, Co.,

## Memo Endorsement of March 25, 2009 on R&R

ENDORSEMENT: *The Court accepts the recommendation of the Magistrate and dismisses the motion for Summary Judgment as Moot. The Court will await the submission of the parties agreed to resolve this matter. The Clerk of Court s directed to close the motion for summary judgment. So Ordered. Paul A. Crotty (Copies Mailed By Chambers).*