```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 27, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Vera P. Caines,

                      Plaintiff,

   -against-

Addiction Research and Treatment Co.,

                      Defendant.
------------------------------------------------------------X

**06 Civ. 3399 (PAC)(MHD)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is dismissed with prejudice. The Clerk of Court is directed to terminate any pending deadlines, future conferences and this case.

Dated: New York, New York
         May 27, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

**Copies Mailed By Chambers**

1

# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | |
|---|---|
| Jackson Lewis LLP | |
| 220 Headquarters Plaza | |
| East Tower, 7th Floor | |
| Morristown, New Jersey 07960-6834 | |
| Tel 973 538-6890 | |
| Fax 973 540-9015 | |
| www.jacksonlewis.com | |
| Richard J. Cino - Managing Partner | |

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
DETROIT, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
JACKSONVILLE, FL
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MEMPHIS, TN
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

MY EMAIL ADDRESS IS: WATKINSL@JACKSONLEWIS.COM

May 27, 2009

**VIA ELECTRONIC MAIL**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-0204

Re: **Vera P. Caines v. Addiction Research and Treatment Corporation**
**06 Civ. 3399 (Judge Crotty)(Magistrate Dolinger)**

Dear Judge Crotty:

We represent Addiction Research and Treatment Corporation, Defendant in the above matter. Based on the successful settlement of this litigation, Defendant respectfully requests that the Court issue an Order dismissing or discontinuing this action with prejudice. Ms. Vera Caines, Plaintiff, has stated in her April 22, 2009 letter to the undersigned that she has received the settlement check resolving this matter and "will put this behind" her and "move on with [her] life." I have attached hereto a copy of Plaintiff's letter.

Thank you for your time and consideration in this matter.

Very truly yours,

JACKSON LEWIS LLP

LeRoy J. Watkins, Jr.

LJW/kh
Enclosures
cc:  Vera P. Caines (w/encl.) (via First Class Mail)

Jackson Lewis LLP
59 Maiden Lane
New York NY 100038

April 22, 2009

                                                     06 Civ. 3399

To Mr. Watkins:

      I received the settlement check in the amount of Seventeen Thousand Four Hundred Twenty Five Dollars (17,425) I will put this behind me and move on with my life. It was not easy not having a lawyer. But thank God I persevere.

                                                                Sincerely your

                                                                Vera Canines